**FILED**
April 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>FRANCES RAMIREZ,  )<br>  )<br>Defendant.  ) | 06cR403<br>Case No. ~~2:10-cr-57~~ GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frances Ramirez</u> Case <u>2:06-cr-403 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $100,000, co-signed by Santos and Elisa Castillo. Bond to be posted by close of business on 4/6/10.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>4/5/10</u>  at  2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge